# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| CASE NAME: | | | | CASE NUMBER: | |
|---|---|---|---|---|---|
| USA v.  LUKE BRUGNARA | | | | CR  3:24-cr-00277 MMC | |

| | Yes | No | | | |
|---|---|---|---|---|---|
| Is This Case Under Seal? | ✓ | | | | |
| Total Number of Defendants: | 1 ✓ | 2-7 | 8 or more | | |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | | | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ | | |
| Is this a potential high-cost case? | Yes | No ✓ | | | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | | | |
| Is this a RICO Act gang case? | Yes | No ✓ | | | |

**FILED**

May 21 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**Assigned AUSA (Lead Attorney):**  Ryan Rezaei          **Date Submitted:**  5/21/2024

**Comments:**

[ RESET FORM ]          [ SAVE PDF ]

Form CAND-CRIM-COVER (Rev. 11/16)