ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN ARASH REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 24-CR-277-MMC |
| Plaintiff, | [PROPOSED] ORDER REGARDING THE DEFENDANT'S RELEASE |
| v. | |
| LUKE BRUGNARA, | |
| Defendant. | |

Based upon the information provided in support of the defendant's oral motion to revoke Judge Hixson's order detaining the defendant pending trial, the Court GRANTS the defendant's motion. The Court ORDERS as follows:

1. The defendant shall appear before Judge Cisneros on August 8, 2024, at 10:30 a.m., at 450 Golden Gate Avenue, in San Francisco, for a bond hearing. *See* Dkt. 34.

2. Judge Cisneros shall order the defendant released when and only when the defendant agrees, in a bond, to the conditions of release listed in Pretrial Service's "Informational Memorandum." *See* Dkt. 31 (requiring residence at 608 Jackson Street, Unit 1, San Francisco, California, and compliance with seven listed conditions).

3. The Marshals are ordered to bring to court tomorrow all of the defendant's belongings and possessions, such that, if the magistrate orders the defendant's release, the defendant need not return to jail and can be released from the federal courthouse.

4. As stated on the record during today's proceeding, the defendant is ordered to personally appear for a status conference on August 14, 2024, at 2:15 p.m., before Judge Chesney. Furthermore, as stated on the record, the time from August 7 through August 14, 2024, shall be excluded from computation under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The Court finds that failing to exclude the time from August 7 through August 14, 2024, would unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 7 through August 14, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Additionally, as stated on the record during today's proceeding, the Court wishes to emphasize that Judge Hixson committed no error ordering the defendant detained pending trial. To the contrary, Judge Hixson's order was appropriate based on the information presented to him, but new information has come to light making the defendant's release appropriate.

IT IS SO ORDERED.

DATED: __August 7, 2024__

MAXINE M. CHESNEY
United States Senior District Judge