**VIOLATION MEMORANDUM COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Lisa J. Cisneros<br>U.S. Magistrate Judge | **RE:** | BRUGNARA, Luke |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:24-cr-00277-MMC |
| **Date:** | August 23, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder                                              (510) 637-3754

U.S. Pretrial Services Officer                 **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom G on August 30, 2024 at 10:30 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

**The following condition is deleted:**

**The following conditions are added:**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____                    August 26, 2024
**JUDICIAL OFFICER**                                                        **DATE**