CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
MAYA KARWANDE (CABN 295554)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    aseem.padukone@usdoj.gov
    Maya.karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00277 MMC |
|     Plaintiff, | DECLARATION ISO MOTION TO REVOKE DEFENDANT'S BOND |
| v. | |
| LUKE BRUGNARA, | |
|     Defendant. | |

I, Aseem Padukone, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California. I am assigned to the prosecution of the above-captioned case. I submit this declaration in support of the United States' Motion to Revoke Defendant's Bond. Unless otherwise stated, I have personal knowledge of the facts stated in this Declaration, and if called upon as a witness thereto, could testify competently under oath.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the Transcript of Proceeding from May 3, 2023 in Case No. 14-cr-00306.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of a Declaration filed in a San Francisco Superior Court Probate matter in support of a motion for a protective order. I downloaded this document from the San Francisco Superior Court website.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of a Daly City Police Department report from January 21, 2026. The redactions are of Personal Identifying Information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed the 3rd day of February, 2026 in San Francisco, CA.

                                                  /s/
                                      ASEEM PADUKONE
                                      Assistant United States Attorney