EXHIBIT C



# DALY CITY POLICE DEPARTMENT

**333 90TH ST    DALY CITY, CA 94015    650-991-8119**

**FELONY REPORT**

Page 1

Case
26000456

## OFFENSES

| F/M | A/C | Offenses | (A/C - Attempt/Completed) |
|-----|-----|----------|---------------------------|
| F | C | 29800(A)(1) PC | Felon/addict/possess/etc firearm |
| F | C | 422(A) PC | Threaten crime with intent to terrorize |
| | C | OTHER/Not Listed | Other/Not Listed/Specify Offense |

| | |
|---|---|
| Date Occurred | 01/21/2026 | Time Occurred | 1730 | Incident # |
| Date Reported | 01/21/2026 | Time Reported | 1822 |
| Related Cases | | |
| Date Printed | 01/30/2026 | Time Printed | 08:43:23 | Printed By | 1256 |
| Latitude | 37.698461 | Longitude | -122.494838 |

| Location | Beat | Area | Disposition | Dispo Date |
|----------|------|------|-------------|------------|
| Thornton Beach Rd, Daly City, CA 94015 | 4 | 10 | Cleared by Arrest | 01/21/2026 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---------------|-------------------|-----------------|----------------|--------------|---------------------------|
| | | | | | |

| Victim | Drivers License | Cell Phone | Email |
|--------|-----------------|------------|-------|
| | | | |

| Residence Address | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
|-------------------|---------------------------|-----------------|-----|-----|-----|------|
| | No | | 1993 | 32 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---------------------------|----------------|--------|-----|------|------|
| | | 5'10" | 185 | BRO | BRO |

| Assistance Rendered/Victim Disposition | Transporting Agency | Means of Attack (Assaults) |
|----------------------------------------|---------------------|----------------------------|
| Other | | |

| Description of Injuries | Other Information |
|-------------------------|------------------|
| None | |

| Name | Drivers License | Cell Phone | Email |
|------|-----------------|------------|-------|
| | | | |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|-------------------|-----------------|-----|-----|-----|------|
| | | | | | |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---------------------------|----------------|--------|-----|------|------|
| | | | | | |

| Suspect Arrested | Action Taken | Charges |
|------------------|--------------|---------|
| Brugnara, Luke Dominic | On-View Arrest | 29800(A)(1) PC, 422(A) PC |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|-------------------|-----------------|-----|-----|-----|------|
| | | | 62 | M | W |

| Business Name and Address | Business Phone | Height | Wt | Hair | Eyes |
|---------------------------|----------------|--------|-----|------|------|
| | | 6'2" | 220 | BLN | BLU |

| Identifying Features | Cell Phone | Drivers License | Arrest Number |
|----------------------|------------|-----------------|---------------|
| | | | |

| Aliases | CII |
|---------|-----|
| | |

## VEHICLES

| Status | Vehicle Make and Model | License/State | VIN | Val Damgd |
|--------|------------------------|---------------|-----|-----------|
| Suspect | 2015 Gray Lexs R35 | | | |

## OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|-------------|------|-------------|-------------|------|
| 2104 - Fulmore, Zachary | 01/21/2026 | | 1264 - Klier, Edward C | 01/26/2026 |

| Routed To | Date | Routed To | Date | Notes |
|-----------|------|-----------|------|-------|
| | | | | |

CC: FBI
01-30-26 do



# DALY CITY POLICE DEPARTMENT

**333 90TH ST    DALY CITY, CA 94015    650-991-8119**

**FELONY REPORT**

Case
26000456

| Suspect | | Action Taken | | Charges | | | |
|---|---|---|---|---|---|---|---|
| Wen, Yitong | | | | OTHER/Not Listed | | | |
| Residence Address | | Residence Phone | | DOB ▮ | Age 26 | Sex F | Race A |
| Business Name and Address | | Business Phone | | Height 5`3" | Wt 140 | Hair BLK | Eyes BRO |
| Identifying Features | | Cell Phone | | Drivers License | | Arrest Number | |
| Aliases | | | | | | CII ▮ | |

| Victim and RP | | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Residence Address | | Notified of Victim Rights No | Residence Phone | DOB ▮ 1993 | Age 32 | Sex F | Race W |
| Business Name and Address | | | Business Phone | Height 5`6" | Wt 145 | Hair BRO | Eyes HAZ |
| Assistance Rendered/Victim Disposition Other | | | Transporting Agency | Means of Attack (Assaults) | | | |
| Description of Injuries None | | | Other Information | | | | |

Controlled Document Do Not Duplicate

# DALY CITY POLICE DEPARTMENT

**333 90TH ST    DALY CITY, CA 94015    650-991-8119**
**FELONY REPORT - PROPERTY**

26000456

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|--------|--------------------|--------------------|-------|---------------|-------------|
| 1 | Evidence | 2250-1 - 1  Black Glock 17 Firearm - GLOCK 17 HANDGUN 9MM (BTAV851) | | | |
| 2 | Evidence | 2250-2 - 2  Black Glock Magazines - TWO 10 RD MAGAZINES | | | |
| 3 | Evidence | 2250-3 - 1 Glock Gun Case - CONTAINING MISCELLANEOUS ACCESSORIES | | | |
| 4 | Evidence | 2250-4 - 9 Federal Ammo - 9MM AMMO IN SMALL MANILA ENVELOPE | | | |
| 5 | Evidence | 2250-5 - 1 Federal Box Of Ammo - 9MM (41 RDS TOTAL) | | | |
| 6 | Evidence | 2210-1 - 1 Cellphone - BLACK SAMSUNG CELLPHONE | | | |
| 7 | Safekeeping/Returned to Owner | 2109-01 - 1 Keys - KEYS TO MOTORHOME | | | |
| 8 | Evidence | 2250-6 - 9 Scene Photos - PHOTOS OF VEH-1 AND FIREARM LOCATION | | | |
| 9 | Evidence | 2250-7 - 2 Photos - PHOTOS OF FIREARM AND AMMUNITION | | | |
| 10 | Evidence | 2151-1 - 1 Dna Swab - BUCCAL SWAB FROM THE INSIDE CHEEK OF LUKE | | | |
| 11 | Evidence | 2151-2 - 1 Gsr Kit - GSR KIT COLLECTED FROM LUKE | | | |
| 12 | Evidence | 2104-1 - 1 Photos - PHOTOS OF PROPERTY LINE, FENCE, SIGNS, ETC | | | |
| 13 | Evidence | 2210-2 - 1 Photos - PRE/POST SEARCH WARRANT PHOTOS | | | |

Controlled Document Do Not Duplicate

| DALY CITY POLICE DEPARTMENT | Page 4 |
|---|---|
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**NARRATIVE** | 26000456 |

## SUMMARY:

On Wednesday, 1/21/26, at approximately 1728 hours, ████████████ and her fiance, ████████████ were victims of PC 422(a) by Luke BRUGNARA when he approached them at his makeshift property line and said, "If you get near the fence I will shoot and kill you." This occurred at the Thornton State Beach, located at Thornton Beach Rd, Daly City.

On Wednesday, 1/21/26, at approximately 1759 hours, BRUGNARA and his girlfriend Yitong WEN were seen leaving the Thornton Beach area in a vehicle, gray 2015 Lexus RX350 Ca #████████ and a traffic stop was initiated. Inside of the vehicle officers located a 9mm firearm registered to WEN.

WEN was arrested for 25610 PC; unlawful transportation of a firearm, and later released from the station with a citation. BRUGNARA was arrested for being a felon in possession of a firearm, criminal threats and transported to the San Mateo County Jail where he was booked for the offenses.

## INVESTIGATION:

On Wednesday, 1/21/26, at approximately 1733 hours, DCPD officers responded to a criminal threats report at Thornton State Beach, located at Thornton Beach Rd, Daly City. The reporting party, later identified by California driver's license as ████████████ advised a male put up a fence blocking the public to an area of the park and had an RV inside. The male put a sign on the fence reading, "Private property. No trespassing. Owner armed with a 9mm gun. Whoever cut fence + stole property + any robbers or trespassers will be shot. DCPD has been notified." ████████████ advised while they were reading the sign, a male told them to move away from the sign or he would shoot and kill them. The reporting party and her husband returned to their address, which was nearby. The male was described as in his 60s, gray hair, 6 feet tall, last seen wearing a black shirt and blue jeans. He was with an Asian female adult with blond hair.

At the reporting party's address, I met with ████████████ and her fiancé, ████████████ Sergeant Tone, Officer McQuaid, and Officer Dhaliwal went to Thornton Beach to conduct surveillance of the trailer.

## STATEMENT OF VICTIM ████████████ SUMMARIZED, AUDIO/VIDEO RECORDED VIA BWC:

████████████ said on 1/21/26, at approximately 1728 hours, she and her fiancé, ████████████ arrived at the Thornton Beach overlook. The two go there approximately two or three times a week to walk their dog. At the overlook they noticed a fenced off area that used to be open to the public. They believed this area to be public land. On the fence line they saw a cardboard sign with some writing. They approached the sign, which read, "Private property. No trespassing. Owner armed with a 9mm gun. Whoever cut fence plus stole property plus any robbers or trespassers will be shot. Daly City Police have been notified of felonious activity." She thought the sign was threatening and aggressive, which startled her.

A white male adult, later identified as LUKE BRUGNARA, approached them along with an Asian woman with

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2104    FULMORE, ZACHARY | 01/21/2026 | 1264    KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

| **DALY CITY POLICE DEPARTMENT** | Page 5 |
|---|---|
| **333 90TH ST    DALY CITY, CA 94015    650-991-8119**<br>**NARRATIVE** | 26000456 |

blonde hair, later identified as Yitong WEN. BRUGNARA yelled at ▮▮▮▮▮▮▮▮ and her fiancé, stating, "If you get near the fence line, I will shoot and kill you." ▮▮▮▮▮▮▮▮ said she was approximately three feet from the fence line on the sidewalk. The statement frightened ▮▮▮▮▮▮▮▮ She felt the male meant what he was saying. WEN pulled out a cell phone to record them and accused them of vandalizing the fence.

▮▮▮▮▮▮▮▮ believed the threats were made intentionally and directed toward them. She said she is still afraid and will not be going to the beach that she has been going to for years because she is afraid of BRUGNARA. She said she would start going to Fort Funston State Beach to walk her dog.

*(End of statement)*

**STATEMENT OF VICTIM** ▮▮▮▮▮▮▮ **SUMMARIZED, AUDIO/VIDEO RECORDED VIA BWC:**

▮▮▮▮▮▮ has been living at their house for approximately seven years and walks his dog to Thornton Beach five times a week. He described the area as his backyard.

On 1/21/26, at approximately 1728 hours, he and his fiancée were walking the dog along the fence line when he noticed a new sign. He said the fence line had been up for a short time, and he had seen numerous cardboard signs indicating it was private property and do not trespass. However, this sign was new, and he went to go read it. The sign stated that trespassers will be shot, and the owner is armed with a 9mm handgun. This made him feel uneasy. He said that was land he had spent hundreds of hours on prior, and this was not the kind of environment he was used to there.

▮▮▮▮▮▮ noticed BRUGNARA and WEN walking the fence line. He said it appeared as if they were "Patrolling" the perimeter of the fenced off area. BRUGNARA approached ▮▮▮▮▮▮ and got loud and vocal. ▮▮▮▮▮▮ said BRUGNARA was being loud and vocal with everyone in the area.

BRUGNARA approached ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ and said, "I have a gun and if you come on my property, I'll shoot you." ▮▮▮▮▮▮ said he was approximately two feet from the fence. I asked ▮▮▮▮ about ▮▮▮▮▮▮▮▮ statement regarding the threat, and if it said "near the fence line" or if it was "on the property" and he'd shot them. ▮▮▮▮▮▮ believed it could have been "near the fence" but did not recall. He said the statement made him feel very unsafe. When I asked if he was afraid, he replied, "that would be fair to say, BRUGNARA seemed too excited about putting a hole in someone."

▮▮▮▮▮▮ replied to BRUGNARA they were blocking access to state land with the fence. BRUGNARA replied this was his land and he could do what he wanted. Also, "he was a billionaire and could do what he wanted." WEN stated, "Come try me. I'd love to see you try." She also said ▮▮▮▮▮▮ had a big mouth ▮▮▮▮▮▮ and ▮▮▮▮▮▮ left the area in fear of BRUGNARA.

I asked ▮▮▮▮▮ if he believed BRUGNARA could carry out the threats. ▮▮▮▮▮▮ said absolutely. I asked ▮▮▮▮ if he would return to Thornton Beach. He said he would, but he would never get near BRUGNARA'S property. ▮▮▮▮▮▮ stated he's pretty nervous about doing a lineup because he's in the area a lot. I asked what he believed

| Prepared By:<br>2104    FULMORE, ZACHARY<br>[X] *BODY CAMERA RECORDED* | Date:<br>01/21/2026 | Approved By:<br>1264    KLIER, EDWARD C | Date:<br>01/26/2026 |
|---|---|---|---|

| DALY CITY POLICE DEPARTMENT | Page 6 |
|---|---|
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119 **NARRATIVE** | 26000456 |

BRUGNARA intended with the threat and ▇▇▇▇ said to make them scared, which worked.

*(End of statement)*

While speaking with ▇▇▇ and ▇▇▇▇▇▇▇ Officers McQuaid, Officer R. Dhaliwal and Sergeant Tone, made traffic enforcement stop on a vehicle leaving the area of the trailer. Inside the vehicle was WEN, the driver, and BRUGNARA in the back seat. They located a Glock 9mm in the vehicle.

Officer Nick Martin arrived at my location and took ▇▇▇▇ to do an infield show-up. ▇▇▇▇ positively identified both BRUGNARA and WEN. (*Please refer to Officer Dhaliwal's supplemental report for more details on the traffic stop and Officer Nick Martin for the infield show.*)

I then returned to the Daly City Police Department where I spoke to BRUGNARA in the prisoner processing area. I read BRUGNARA his Marina rights via DCPD issued Miranda card. BRUGNARA indicated he did understood his rights.

**STATEMENT OF SUSPECT, LUKE BRUGNARA, SUMMARIZED, AUDIO/VIDEO RECORDED VIA BWC:**

BRUGNARA said he did not threaten anyone, and he did not possess nor have knowledge of a firearm. BRUGNARA said lots of people threaten him at the property including the night of 1/21/26, where they called him every name in the book and said they were gonna get him. He said hundreds of thousands of dollars were put up to prevent conflict and that is why the fence is up around the property. The fence went up for liability reasons and protection. BRUGNARA admitted to putting up the fence. He said the property is owned by an LLC and not technically his. He said it would be very complex to explain how the LLC works. But he would be referring to the property as "ours or our property."

He said their property line of the parking lot, which he believed is owned by the county, was put up 20 years ago by the county which is a wired fence coated in plastic between wooden posts. Everything south of that is, "our property." He said the sidewalk is basically the line.

BRUGNARA said the claims against him are false and made by someone who had already engaged in criminal conduct. The parking lot has a sign right when you drive in which states you cannot be on the property or the parking lot from sundown to sunrise. It's criminal, it's trespassing and it is super relevant. The person who called the police was there in violation of the law and their criminality was relevant towards his state of mind. BRUGNARA wanted the subject arrested for trespassing and making a false police report.

BRUGNARA said everything was run through the attorney's and there was nothing wrong with the signs. He said he placed the new sign up because the other ones were stolen. Someone premeditated cut holes in the fence and stole the signs. He called the police at 10pm on 1/20/26 and there were 20 cars in the parking lot. That meant DCPD were not doing their job, and it is costing BRUGNARA his safety and WEN's. BRUGNARA feels DCPD are doing a bad job of protecting his property, so the fence went up for his protection.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2104 | FULMORE, ZACHARY | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

| DALY CITY POLICE DEPARTMENT | Page 7 |
| --- | --- |
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**NARRATIVE** | 26000456 |

BRUGNARA denied any wrongdoing and would not answer any direct questions regarding the incident so I ended the interview.

**End of Statement.**

While in the PPC BRUGNARA requested to press charges on the unidentified subjects who trespassed on his property and vandalized it. I provided him with a citizen's arrest form and a legal pad to give his written statement. I later uploaded the photos of both to evidence.com. The summary of his written statement is as follows:

**Summary of written statement:**

S1 (Suspect unknown) trespassed on private property after sundown at 6pm and began verbally assaulting WEN and BRUGNARA with profanities and threats of violence. He deescalated the assault by walking away. Reported $7500 in vandalism damages to DCPD on 1/20/26.

Crimes against BRUGNARA by S1.
1) Threats of violence and great bodily harm
2) Assaulting on private property
3) Trespassing on Private Property
   (Parking lot is legally closed to public at sundown (5:15) while committing felonies against him)

**End of Summary**

Officer Dhaliwal provided me with BRUGNARA's phone, located during the traffic enforcement stop. I later provided it to Detective Kirsch as evidence.

BRUGNARA was later transported to the San Mateo County Jail by Officer Green where he was booked for felon in possession of a firearm and Criminal Threats. While at the jail, Officer Green took a gunshot residue exam and Buccal swab from BRUGNARA which was later booked into the DCPD evidence locker.

I responded to Thornton Beach Rd and located the sign behind a 6 foot chain link fence. There is a trailer approximately 50 yards west of the fence line. The fence was approximately seven yards from the sidewalk where visitors walk everyday.

Below is a photograph of the sign posted on 1/21/26.

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| 2104 | FULMORE, ZACHARY | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

| **DALY CITY POLICE DEPARTMENT** | Page 8 |
|---|---|
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**NARRATIVE** | 26000456 |



Below is a photograph taken on 1/22/26 of the entire chain link fence surrounding the trailer.



Controlled Document — Do Not Duplicate

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2104 | FULMORE, ZACHARY | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

| | DALY CITY POLICE DEPARTMENT | Page 9 |
|---|---|---|
| | 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**NARRATIVE** | 26000456 |



On 2/22/26, I returned to Thornton Beach Rd and located a new posted sign.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2104    FULMORE, ZACHARY | 01/21/2026 | 1264    KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

| | DALY CITY POLICE DEPARTMENT | Page 10 |
|---|---|---|
| | 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**NARRATIVE** | 26000456 |



All photographs were uploaded to Evidence.com.

## EVIDENCE/PROPERTY:

See RIMS

## ATTACHMENTS:

1- Victim of violent crime notifications

## PROPOSITION 9 COMPLIANT:

███████████████ were provided a Proposition 9 information sheet.

## CASE STATUS:

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2104    FULMORE, ZACHARY | 01/21/2026 | 1264    KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

| DALY CITY POLICE DEPARTMENT | Page 11 |
|---|---|
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119 <br> **NARRATIVE** | 26000456 |

Closed
Cc: DDA via Court Officer

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2104    FULMORE, ZACHARY | 01/21/2026 | 1264    KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

**DALY CITY POLICE DEPARTMENT**

333 90TH ST    DALY CITY, CA 94015    650-991-8119
**SUPPLEMENT 1 - Vehicle Stop and Search**

Page 12
26000456

### SUMMARY:

This supplemental report will document the traffic stop and search conducted on Veh-1.

### INVESTIGATION:

On Wednesday, 01/21/2026, at approximately 1738 hours, I was on duty and in Field Training Program under the direct supervision of Ofc. McQuade. I was operating a fully marked patrol vehicle (#35) and Ofc. McQuade was seated in the front passenger seat. Both Ofc. McQuade and I were wearing full police uniforms and equipped with our Body Worn Cameras (BWCs).

At the above-mentioned date and time, Ofc. Fulmore and Sgt. Tone were dispatched to the area of Thornton State Beach Overlook near Olympic Way on the report of criminal threats that just occurred. I reviewed the information within the CAD (Computer Automated Dispatch) which read as follows [not verbatim]:

"At Thornton overlook. Male put up a fence blocking the public and has an RV inside. Male put up a sign that says, 'PRIVATE PROPERTY. NO TRESPASSING. OWNER ARMED WITH A 9MM GUN. WHOEVER CUT FENCE AND STOLE PROPERTY AND ANY ROBBERS OR TRESPASSERS WITH BE SHOT. DALY CITY PD HAS BEEN NOTIFIED."

I arrived on scene at 357 Glenwood Avenue and met with Ofc. Fulmore who took a statement from the reporting party. The DCPD RTIC (Real Time Information Center) deployed a surveillance drone and arrived in the area. RTIC advised two subjects within the fenced area were walking to a gray Lexus SUV. Shortly after, Sgt. Tone requested additional units to his location on Olympic Way, and I elected to respond.

I arrived at the intersection of CA-35 and Olympic Way and positioned my vehicle behind Sgt. Tone's. DCPD RTIC advised that a male subject opened a gate to let the vehicle through to Olympic Way. As the vehicle drove onto Olympic Way, the male subject entered the rear passenger seat.

DCPD RTIC advised the vehicle approached our position at the intersection. The vehicle, later confirmed to be a gray 2015 Lexus RX350 bearing CA lic. #███████ (Veh-1), passed our position and turned onto the northbound CA-35 lanes. Sgt. Tone and I elected to follow Veh-1.

At approximately 1759 hours, Sgt. Tone initiated a traffic stop on Veh-1 which yielded very slowly to the right shoulder of the northbound #2 lane. Sgt. Tone briefly spoke with the driver and male seated in the rear passenger seat. The driver was later identified as Yitong Wen via her California driver's license. The rear passenger was confirmed to be Luke Brugnara who was identified via prior booking photos. Both Yitong Wen and Luke Brugnara will be referred to by their respective first names for the remainder of this report.

Sgt. Tone requested Yitong to drive into the Olympic Club entrance. Yitong agreed and we followed. As we drove, Ofc. Fulmore advised there was probable cause that a felony crime had occurred.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2250 | DHALIWAL, RACHENDEEP | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

**DALY CITY POLICE DEPARTMENT**

333 90TH ST    DALY CITY, CA 94015    650-991-8119
**SUPPLEMENT 1 - Vehicle Stop and Search**

Veh-1 yielded again at the Olympic Club entrance located at 599 CA-35 in San Francisco. Sgt. Tone spoke with Luke on the passenger side of Veh-1 while I spoke with Yitong at the driver's side.

Yitong wanted to know why they were being stopped. I informed her about the call we received about the sign that was placed along the fence-line at Thornton State Beach overlook. Yitong advised that she put up the sign.

Luke was eventually removed from Veh-1 and placed in handcuffs. Officers arrived and conducted an in-field show up with the victim of the crime. At 1814 hours, Luke Brugnara was positively identified as the suspect in the crime.

At 1817 hours, Luke was placed under arrest. A search incident to arrest yielded negative results for contraband and weapons. I placed Luke in the back of my patrol vehicle.

Ofc. McQuade and I requested Yitong to exit the vehicle as she became argumentative. As I explained what was happening, Ofc. McQuade requested I come to the passenger side of Veh-1 and directed my attention to a black Glock gun case. The case was in a black canvas tote bag seated on the front passenger seat of Veh-1. The handles were tied together (not in a know) at the top and the corner of the case was visible in plain view. I immediately recognized it as the standard case provided with the purchase of a Glock handgun. Ofc. McQuade requested Yitong's consent to remove the firearm from Veh-1, she agreed.

I took photographs to memorialize the scene and later uploaded it to Evidence.com. I utilized gloves and removed the Glock gun case from the tote bag. The gun case was not locked, nor did it have a locking mechanism attached. I opened the case and located a black 9mm Glock 17 Serial# BTAV851. The slide was in the forward position, unloaded, and did not have a magazine inserted in the magwell. Next to the firearm were 2 unloaded 10 round Glock magazines. In a small manila envelope, there were 8 rounds of Federal brand 9mm ammunition. There was 1 round of Federal 9mm loose in the case. The case also contained miscellaneous accessories for the firearm.

The front passenger seat of Veh-1 was in the forward-most position. Based on Luke being seated in the rear passenger seat, the position of the front passenger seat, and the unlocked and unsecured firearm case, I believe Luke had full access to the firearm. I was advised that Luke was a convicted felon and prohibited from being in possession of a firearm.

I contacted San Mateo County Communications and ran the firearm serial number. The firearm was confirmed to be registered to Yitong.

Based on the threats that were made involving the firearm, I opted to seize the firearm and all ammunition and accessories. I later booked the firearm into the DCPD Evidence Locker as evidence in this case.

Ofc. McQuade requested consent to search the remainder of Veh-1, Yitong agreed. I searched inside the satchel and located a 50-round box of Federal brand 9mm ammunition and seized it as evidence. The box was underneath clothes spread out in the satchel. I continued to search the vehicle and did not locate any additional

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2250 | DHALIWAL, RACHENDEEP | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

firearms, ammunition, or contraband.

I informed Yitong that the firearm was being seized and issued her a property receipt. I also provided Yitong with a contact card and the case number. Yitong advised that she recorded the incident on her phone which proved Luke was innocent, and that they were victims of threats by the reporting party.

Yitong showed me the video and I did not see Luke present. There was an argument between the reporting party and Yitong. No threats were made during the disturbance. I provided Yitong with an Axon "Citizen's Link" and requested she upload the video, Yitong agreed.

At 1902 hours, I began to transport Luke to the DCPD PPC (Prisoner Processing Center). While en route, Luke made the following spontaneous statements in the rear of my patrol vehicle. Luke was told multiple times we would not engage him in conversation as his Miranda Rights had not been read to him. I did not ask him questions regarding this investigation and merely listened as I drove.

### Statement of Luke Brugnara (Summarized and Recorded via BWC):

Luke spoke of the disturbance at the Thornton State Beach Lookout. Luke stated, "You know those people out at the parking lot were there illegally...So he's illegally in that lot screaming profanities and threats at a private property owner." Luke continued, "So the property line actually abuts where the fence was cut. The city and county fence. So, he was on private property at that time illegally going through the parking lot that was supposed to be vacated at sundown, pursuant to your sign."

### END OF STATEMENT

I escorted Luke into the DCPD. I then examined the evidence and found that the 50-round box of ammunition had 9 rounds removed, and 41 rounds still inside. I verified the 9 loose rounds located in the gun case were the same Federal brand ammunition as the 41 round inside of the box. I photographed the firearm and later uploaded it to Evidence.com.

I conducted a function test of the firearm and found it to be a fully functioning firearm. I then booked the property into the DCPD Property Room according to departmental policy.

This concludes my involvement in this case.

### EVIDENCE/PROPERTY:

See RIMS

### ATTACHMENTS:

1. AFS Form

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2250   DHALIWAL, RACHENDEEP | 01/21/2026 | 1264   KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

| DALY CITY POLICE DEPARTMENT | Page 15 |
| --- | --- |
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119 | 26000456 |
| SUPPLEMENT 1 - Vehicle Stop and Search | |

2. Property receipt

**PROPOSITION 9 COMPLIANT:**

N/A

**CASE STATUS:**

N/C (01/22/2026)

| Prepared By: | Date: | Approved By: | Date: |
| --- | --- | --- | --- |
| 2250    DHALIWAL, RACHENDEEP | 01/21/2026 | 1264    KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

| **DALY CITY POLICE DEPARTMENT** | Page 16 |
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**SUPPLEMENT 2 - In field show of ▮▮▮▮ (V1)** | 26000456 |

**SUMMARY:**

The following supplemental report documents my involvement in this case.

**INVESTIGATION:**

On 01/21/2026, at approximately 1740 hours, I was working for the Daly City Police Department assigned to the patrol division. At the above mentioned date and time, I had completed an unrelated call for service when other officers in the area were investigation a call regarding a 422 PC.

I asked Officer Fulmore if he needed assistance with an in-field show via my in-car radio, to which assistance was needed to conduct an infield show with a witness. I then proceeded to 357 Glenwood Av, Daly City to meet with the victim, identified as ▮▮▮▮▮▮▮▮

▮▮▮ accompanied me in the front passenger seat of my patrol vehicle to the location of the traffic enforcement stop where suspect Luke Brugnara was detained by other DCPD officers following an enforcement stop on the vehicle he was a rear passenger in.

Prior to arriving to the scene, I advised ▮▮▮ of in-field show prioritized. I informed him clothing and appearances can change and whether or not the people/persons are in handcuffs should not sway a judgment.

Upon arrival to the scene, I positioned my vehicle in-front of the suspect, Luke, who was detained by officers. I activated my A-Pillar spot light and overhead spot light to illuminate the full body and face of Luke.

Almost immediately ▮▮▮ stated he was positive that Luke was in-fact the person who threatened him. He told me a positive of 9/10, and recognized him via facial features. I informed Officers of a positive ID. It should be noted this was recorded with my department issued BWC and in car camera.

While turning around my vehicle to exit the area, ▮▮▮ told me he recognized the woman in the passenger seat as someone who threatened him along with Luke.

I drove ▮▮▮ back to his residence and departed the scene. This concludes my involvement in this case.

**EVIDENCE/PROPERTY:**

**N/C**

**ATTACHMENTS:**

| Prepared By: | Date: | Approved By: | Date: |
| 2177    MARTIN, NICHOLAS | 01/21/2026 | 1264    KLIER, EDWARD C | 01/21/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

**DALY CITY POLICE DEPARTMENT**

Page 17
26000456

333 90TH ST    DALY CITY, CA 94015    650-991-8119
**SUPPLEMENT 2 - In field show of Ryan (VI)**

N/C.

**PROPOSITION 9 COMPLIANT:**

N/C

**CASE STATUS:**

N/C  (01/21/2026)

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2177     MARTIN, NICHOLAS | 01/21/2026 | 1264     KLIER, EDWARD C | 01/21/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

CC: FBI
01-30-26 do

### SUMMARY:

This supplemental report is regarding the stop of the suspect vehicle and subsequent search.

### INVESTIGATION:

On Wednesday, 01/21/2026, at approximately 1738 hours, I was on duty and partnered with Officer Dhaliwal #152. Both Officer Dhaliwal and I were wearing full police uniforms and equipped with our Body Worn Cameras (BWCs). Officer Dhaliwal was operating a fully marked patrol vehicle and I was seated in the front passenger seat.

At the above-mentioned time, I overheard Officer Fulmore and Sergeant Tone get dispatched to the area of Thornton State Beach overlook near Olympic Way, in Daly City, on the report of criminal threats that occurred five minutes prior. I reviewed the information within the CAD (Computer Automated Dispatch) call that read as follows [not verbatim]:

"At Thornton overlook. Male put up a fence blocking the public and has an RV inside. Male put up a sign that says, 'PRIVATE PROPERTY. NO TRESPASSING. OWNER ARMED WITH A 9MM GUN. WHOEVER CUT FENCE AND STOLE PROPERTY AND ANY ROBBERS OR TRESPASSERS WITH BE SHOT. DALY CITY PD HAS BEEN NOTIFIED."

San Mateo County Communications clarified the above information further. Communications advised the reporting party said when they were reading the sign, a male came up to them and said if they did not move away from the fence, "He will shoot and kill them."

The reporting party described the male suspect as a white male adult with gray hair, in his 60's, who was approximately 6 feet tall, and last seen wearing a black sweatshirt and blue jeans or tan pants. The male suspect was accompanied by an Asian female adult with dyed blonde hair, who was last seen wearing a blue jacket. The reporting party advised the Asian female adult was also yelling at them.

Officer Dhaliwal and I drove to the reporting party's address to meet with Officer Fulmore and ascertain if there was a legitimate crime. Meanwhile, Crime Analysts from the Daly City Police Department RTIC (Real Time Information Center) were operating a drone and surveilling the area of the alleged crime scene around Thornton State Beach. Shortly after, the drone operators advised there were two individuals in the fenced area who were associated to a gray Lexus SUV.

Sergeant Tone requested additional officers to his location in the event the subjects entered the gray SUV and began driving from the scene. Officer Dhaliwal and I elected to leave Officer Fulmore and respond to Sergeant Tone's location to assist him.

At approximately 1759 hours, Officer Dhaliwal and I parked behind Sergeant Tone's patrol vehicle at the entrance to Olympic Way and the intersection of Highway 35. The drone operators advised the male subject was opening

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2069      MCQUADE, JOSHUA | 01/21/2026 | 1264      KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

a gate so the female driver could exit in the SUV. Shortly after, I noted a gray Lexus SUV driving northbound on Olympic Way on the driver's side of our patrol vehicles. Sergeant Tone asked the drone operators if that was the vehicle in question and they confirmed it was.

We began following the vehicle which was later confirmed to be a gray 2015 Lexus RX350 CA lic#          Veh-1). Veh-1 exited from Olympic Way and turned northbound on Highway 35. Sergeant Tone began following Veh-1 and we followed behind Sergeant Tone. Sergeant Tone conducted a traffic enforcement stop by activating his emergency lighting equipment which included a solid red forward facing light.

Officer Dhaliwal also activated his emergency lighting equipment as well. I noted the driver of Veh-1 did not pull over right away and was taking an unusual amount of time to yield to the side of highway. Due to Officer Dhaliwal and I being behind Sergeant Tone, I was unable to tell if it was due to the conditions of the shoulder on the highway or if the occupants of Veh-1 were attempting to conceal weapons or contraband. The traffic stop culminated on the right hand shoulder of Highway 35 and South of the Olympic Club.

Sergeant Tone briefly spoke with the driver and the male who was seated in the passenger side rear seat. The driver was later identified as Yitong Wen via her California driver's license. The male in the passenger side rear seat was later identified as Luke Brugnara via a prior booking photograph. Both Yitong Wen and Luke Brugnara will be referred to by their respective first names for the remainder of this supplemental report.

Due to us being on the shoulder of Highway 35 and vehicles passing at a high rate of speed, Sergeant Tone asked Yitong to drive to The Olympic Club parking lot located at 599 CA-35 in San Francisco. Yitong agreed and we followed them there.

I exited my patrol vehicle and activated my Body Worn Camera (BWC) in order to memorialize the scene and my interactions with the involved parties. I stood behind Veh-1 while Officer Dhaliwal spoke with Yitong near the front driver's side window and Sergeant Tone spoke with Luke near the passenger side rear window. While Sergeant Tone was speaking with Luke, I overheard Officer Fulmore advise via police communications the crime was a felony criminal threats.

I also overheard Officer Martin #283 advise he would respond to Officer Fulmore's location to pick up a witness for the "in-field show" process (*Please refer to Officer Martin's supplemental report [supplement #2] for further details*). I updated Sergeant Tone with the new developments as he was preoccupied when he was speaking to Luke.

Sergeant Tone asked Luke to exit Veh-1 and we escorted him to the front of Sergeant Tone's patrol vehicle. Sergeant Tone and I then detained Luke in two sets of handcuffs behind his back due to him informing us of having bad shoulders.

I informed Luke he was only being detained because we would be conducting an "in-field show" process with a witness to ensure we had the correct person in our investigation. Luke became slightly argumentative with us; however, he made several spontaneous corroborating statements to being involved in an argument earlier by

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2069    MCQUADE, JOSHUA | 01/21/2026 | 1264    KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

asking "Is the other guy going to get arrested for causing $10,000 of damage to our fence?" and "I wasn't even up on the fence. I was 30 to 40 feet away."

Officer Martin arrived on scene with a witness and I instructed Luke to turn and face his patrol vehicle. Officer Martin advised the witness positively identified Luke as the criminal threats suspect and Luke was subsequently placed under arrest. I conducted a search of Luke's person incident to arrest which yielded negative results for any weapons or contraband.

We allowed Luke to speak with Yitong briefly. Yitong informed us she had cell phone video that would potentially exonerate Luke. I informed them both we would watch the cell phone video shortly; however, Luke needed to come back to the patrol vehicles. Officer Dhaliwal then escorted Luke back to our patrol vehicle and assisted him in to the passenger side rear seat.

Officer Dhaliwal and I went to the front driver's side window and spoke with Yitong. We asked to see the cell phone video she had and after several minutes of waffling, Yitong eventually showed us the video.

Yitong showed us the video in its entirety with the sound on full volume. The video was Yitong recording other people on the other side of a chain link fence and exchanging obscenities with them. Yitong could also be heard saying something to the effect of, "You took a photo of us! We'll take a photo back! This is private property and I can do whatever I want!" The rest of the video was just Yitong mocking the other people on the other side of the fence and at no point did I hear any criminal threats directed towards her. I informed Yitong of my observations and she agreed there were no threats made towards her.

I then had Yitong exit Veh-1 and walk with me to the sidewalk in front of Veh-1. I reiterated with Yitong that Luke was placed under arrest for criminal threats. I told Yitong we would be conducting a search of Veh-1 incident to arrest where Luke was sitting and any areas that were within arm's reach of him. Yitong replied, "Okay."

I searched the area of the passenger-side rear seat and located a black Samsung cell phone on the driver's side rear seat. Yitong later advised us that cell phone belonged Luke and Luke also claimed ownership of it at the police department. This cell phone was retained as evidence and later provided to Detectives of the Daly City Police Department Investigations Division.

I then opened the front passenger-side door and looked at the front passenger seat. Despite the front passenger seat being pushed forward to accommodate Luke in the backseat, I determined this area to be easily accessible and within arm's reach if Luke merely leaned forward at the waist. I also felt this area could have been a place where Luke or Yitong could have easily discarded a weapon or other contraband once they realized Sergeant Tone was effecting a traffic enforcement stop on them.

I looked at the front passenger seat and shined a flashlight at a black Visa brand, open top tote bag that had two handles. Both handles were tied together (not in a knot) at the top which still afforded easy plain view of the contents. My attention was immediately drawn to a corner of a black Glock gun box with a gray plastic latch on it on the right side of the tote bag. It should be noted, I have personally owned and/or been issued approximately

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2069 | MCQUADE, JOSHUA | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

five different Glock handguns throughout my law enforcement career. Each of the Glock handguns came in the same type of gun box and black and gray coloring.

I shut the front passenger side door and called Yitong over to my location at the passenger side door of Veh-1. I pointed to the black Visa tote bag and asked Yitong who it belonged to. Yitong replied, "It's mine." I asked Yitong who the black Glock box belonged to and if there was a firearm inside of it. Yitong told me, "That's mine." and "There is. But it's not loaded. It's completely disarmed."

Yitong told me the firearm was registered to her and she was transferring it from one property to another. I asked Yitong if I could check the Glock box to ensure the firearm was okay and she agreed. I called Officer Dhaliwal over to my location and had him photograph the black tote bag to memorialize it's position on the front passenger seat.

I allowed Officer Dhaliwal to search the contents of the bag while I stood next to him. The Glock box was not locked as it did not have a cable lock wrapped around the handles, nor did it have any other form of locking mechanism built into the box. Officer Dhaliwal opened the box and I noted the firearm's slide was in the forward position and did not have a cable lock extending through the magazine well and the ejection port.

The firearm did not have a magazine affixed to it. I looked at the contents of the box and noted it contained two empty 10 round magazines and a small manila envelope with live ammunition inside of it. I also initially saw one live round of 9 mm ammunition loose inside of the box. Despite the firearm not containing a magazine and both the magazines being unloaded/empty, I believed it was still considered a loaded firearm due to its close proximity to the live ammunition.

Officer Dhaliwal conducted a record check of the firearm, which was a Glock 17 9 mm handgun (**serial #BTAV851**) via Communications. Communications confirmed the firearm was registered to Yitong.

I walked back to Yitong who was standing by with Sergeant Tone. I told Yitong I was able to confirm the firearm was in fact registered to her. I asked her if it was okay if we went through the rest of Veh-1 to ensure there were no other weapons or dangerous items inside. Yitong replied, "There's none. But that's, yeah. Okay." I walked back to Officer Dhaliwal and briefly stood next to him while he continued his search (***Please refer to Officer Dhaliwal's supplemental report [supplement #1] for further details***).

I walked over to Yitong and confirmed with her she understood still that she was not under arrest and she was still being detained because of the criminal threats investigation. I engaged Yitong in casual conversation and learned she was ignorant of the laws pertaining to lawful firearm transportation in California. Yitong was not aware the firearm was supposed to be in the trunk or in a locked container. Yitong believed the handles on the black tote being tied together was considered secured. Yitong also told me she must have misplaced the cable lock that comes standard with all Glock handgun purchases.

I told Yitong her firearm would be retained as evidence considering the close correlation to the crime we were investigating. I also told her the report would be submitted to the San Mateo County District Attorney's Office

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2069 | MCQUADE, JOSHUA | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

| DALY CITY POLICE DEPARTMENT | Page 22 |
|---|---|
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119 **SUPPLEMENT 3 – Stop of suspect vehicle and subsequent search** | 26000456 |

for a potential complaint sought against her for the unlawful transportation/carrying of a firearm within a vehicle.

Due to the firearm not being stored in a locked container, the Glock box not being in the trunk of Veh-1 and on the front passenger seat, and there being live ammunition inside of the Glock box adjacent to the firearm and magazines, I am requesting the District Attorney's Office review this case for a potential complaint sought against Yitong for 25610 PC; unlawful transportation of a firearm.

This concludes my involvement with this case.

**EVIDENCE/PROPERTY:**

N/C

**ATTACHMENTS:**

N/C

**PROPOSITION 9 COMPLIANT:**

N/C

**CASE STATUS:**

N/C (01/22/2026)

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 2069 | MCQUADE, JOSHUA | 01/21/2026 | 1264 | KLIER, EDWARD C | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | | | |

### SUMMARY:

This supplemental report will document the Detective call-out along with the search of the motor home.

### INVESTIGATION:

On Wednesday, 01/22/2026, at approximately 1830 hours, I received a phone call from Detective Sergeant Poti, who informed me that patrol was requesting detectives' assistance in authorizing and executing a search warrant.

I responded to the Police Department and familiarized myself with the case by speaking with the officers involved. I authored a search warrant for the recreational vehicle (RV), bearing CA license plate # Additionally, I requested to obtain a buccal swab and gunshot residue (GSR) collection from the suspect, Luke Brugnara.

The search warrant was signed by Honorable Judge Lee, which included night service. At approximately 2330 hours, Detective Ortiz, Detective Yee, Officer Collins, and Officer Mendiara served the search warrant for the RV. Officer Greene obtained buccal and GSR from Brugnara.

Upon arriving on scene, I unlocked the RV door using the keys seized from Brugnara. I gave announcements, and we conducted a protective sweep of the RV. Once the RV was deemed safe, I took before photographs and uploaded those to evidence.com.

Detective Yee, Detective Ortiz, and I searched the RV, which appeared to be recently purchased. The drawers were empty, and there was little to no personal property located within. No property was seized as a result of this search. I took after photographs and later uploaded them to evidence.com. Upon leaving the RV, I locked it and handed the keys to Detective Ortiz for safekeeping.

This case is open pending a search warrant for Brugnara's cellphone.

### EVIDENCE/PROPERTY:

1) Photographs

### ATTACHMENTS:

N/C

### PROPOSITION 9 COMPLIANT:

N/C

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2210    KIRSCH, BRANDON | 01/21/2026 | 1123    ROLFES. HAROLD | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

| DALY CITY POLICE DEPARTMENT | Page 24 |
|---|---|
| 333 90TH ST    DALY CITY, CA 94015    650-991-8119<br>**SUPPLEMENT 4 - SW** | 26000456 |

**CASE STATUS:**

N/C

Controlled Document Do Not Duplicate

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2210    KIRSCH, BRANDON | 01/21/2026 | 1123    ROLFES, HAROLD | 01/26/2026 |
| [X] *BODY CAMERA RECORDED* | | | |

**DALY CITY POLICE DEPARTMENT**

333 90TH ST    DALY CITY, CA 94015    650-991-8119
**SUPPLEMENT 5 - Lab Request**

Page 25
26000456

## INVESTIGATION:

On 1/23/2026, I reviewed this case and requested the following items be sent to the San Mateo County Lab for analysis:

- Item #1- GLOCK 17 HANDGUN 9MM
  - o   For DNA/Fingerprints and NIBIN

- Item #2- TWO 10 RD MAGAZINES
  - o   For DNA/Fingerprints and NIBIN

- Item #10- BUCCAL SWAB FROM THE INSIDE CHEEK OF LUKE
  - o   For comparison

## ATTACHMENTS:

Lab Submission Form

## CASE STATUS:

No Change

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 2070      POTI, ISAAKO | 01/23/2026 | 1123      ROLFES, HAROLD | 01/26/2026 |
| [ ] *BODY CAMERA RECORDED* | | | |

CC: FBI
01-30-26 do