Matthew Dirkes (State Bar No. 255215)
matt@illovskygates.com
ILLOVSKY GATES & CALIA LLP
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Luke Brugnara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LUKE BRUGNARA,<br><br>                    Defendant. | Case No. 24-cr-00277-MMC<br><br>**MOTION TO WITHDRAW; [PROPOSED] ORDER** |

Pursuant to Criminal Local Rule 44-2(b), undersigned court-appointed counsel respectfully moves the Court for an order permitting him to withdraw.  The grounds for this motion are set forth in the accompanying declaration of undersigned counsel, filed *ex parte* and under seal.

Dated:  February 5, 2026                                      ILLOVSKY GATES & CALIA LLP

                                                                                     */s/Matthew Dirkes*
                                                                                    Matthew Dirkes

                                                                                    Attorney for Defendant
                                                                                    Luke Brugnara

**[PROPOSED] ORDER**

Having reviewed the forgoing motion and accompanying declaration, and good cause having been shown, the Court hereby grants the motion to withdraw filed by Matthew Dirkes, court-appointed counsel for defendant Luke Brugnara, effective immediately.

IT IS SO ORDERED.

Dated:  _____                _____
                                                                                    HON. MAXINE M. CHESNEY
                                                                                    United States District Judge

1                                                                                     MOTION TO WITHDRAW
                                                                                    Case No.: 24-cr-00277-MMC