CHAMBERS COPY

Luke Brugnara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA

vs.

LUKE BRUGNARA

Case 3:24-cr-00277-MMC

Honorable Judge Maxine Chesney

**Objection to Council Withdraw**

I, Luke Brugnara, object to Matt Dirkes's filing for Withdrawal of Council. The court should reprimand attorney Matt Dirkes for not filing a response on the government's Motion Detention Request in a 25 pages filing which is a completely lies and false statement with no truthful statement.

Dated: Feb. 5th, 2026

Respectfully submitted,

 /s/Luke Brugnara/s/
LUKE BRUGNARA