LUKE BRUGNARA

**FILED**

FEB 23 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERCICA

NORTHERN DISTRCT OF CALIFORNINA

| | |
|---|---|
| USA | ) Case No.: 3:24-cr-0277MMC |
| Plaintiff(s), | ) **REQUESTS FOR JUDICIAL RULING/ORDER** |
| vs. | ) |
| LUKE BRUGNARA | ) **DATE: Feb. 22, 2026** |
| Defendant(s). | ) **TIME:** |
| | ) **DEPT:** |
| | ) Judge: Honorable Judge Chesney |

Request for Judicial Ruling/Order to Keep Bail Conditions Unchanged

Defendant, Luke Brugnara, requests this court to issue an order to keep the pre-trial bail conditions unchanged because Defendant has comply with all the bail conditions for two years.

DATED: February 22, 2026

LUKE BRUGNARA

- 1 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

US ATTNY          UNITED STATES OF AMERICA
V.        N. DIST. CA
LUKE BRUGNABA SAN FRANCISCO CASE#                    1.
        BRIEF AND DECLARATION LUKE BRUGNARA    3:24-CR-0277MMC
        Introduction BRUGNARA JUDGE CHESNEY

Defendant, Luke Brugnara ("Luke") is a well-known, 4th generation SanFranciscan, familyman - married 37 years (separated 4 years) with four children in their 20s. Luke has been an active member of the SF community for nearly half a century, coaching several little league baseball teams at St Vincent de Paul, donating millions of dollars to Catholic charities, AIDS Foundation, Habitat For Humanity, Homeless Coalition and other charities. Luke is a devoted and loving father to his four children, including Luke Jr, who is blind from a stroke suffered 4 years ago. Luke Jr relies upon his fathers' love, attention and support to try to adapt to his daily recovery/adapting to the blindness. Luke has alway been an involved and doting father to his children. Luke does not drink, nor has never done drugs. Luke is non-violent, and has no history of violence. Luke formed BRUGNARA CORPORATION (Brugnara corp.com) 34 years ago. BRUGNARA CORP is 100% owned by the Brugnara family. Brugnara Corp has completed the purchase and development of over 2 million square feet in downtown San Francisco and the Las Vegas Strip since 1992 including: 939 Market Street, SF; 171 2nd Street. SF; -

2

814 Mission Street, SF; 450 Pacific Ave, SF; 140 Sansome Street, SF; 735 Market Street, SF; 201 Sansome Street, SF; 357 California Street, SF; 520 Mason Street, SF; 490 Post Street, SF; Silver City Casino, LV Strip; Desert Inn, Las Vegas Strip; Silver City Shopping Plaza, Las Vegas Strip; Las Vegas Shopping Plaza, LV Strip. Also, Brugnara Dam and Watershed, Santa Clara Co.; Michael Jackson Estate, Las Vegas; 38 San Jacinto Way, SF; 36 San Jacinto Way, SF; 224 Sea Cliff Ave, SF. And, numerous Old Masters, Impressionists, and Modern and Contemporary Masterpiece artworks. BRUGNARA CORPORATION, through Luke's leadership and direction has completed over $3 billion USD of acqusitions as 100% owner, and has borrowed and paid back over $2 billion USD from institutional lenders (see: 08-0222WHA; Brugnara corp.com).

Luke was shockingly and unexpectedly indicted in [3] 2008, whereas the USAtty ~~Thomas~~ Stretch (whom Luke has known since childhood, as both Stretch and Luke were in the same class at St. Ignatius and Luke's father — deceased 1997 — was close friends with Stretch's mother) claimed Luke owed over $100.M in taxes to USA on the billions of dollars of transactions that Luke conducted by ~~Beyonce~~ BAVENARA CORPORATION between 1998 and 2008, which produced hundreds of millions of dollars of legal income. Luke hired family friend PAT HALLINAN as his attorney (with Ken Wine assisting Pat). Stretch also piled on another indictment; oddly claiming that Luke, a life-long conservationalist and flycaster, intentionally blocked his ~~damn~~ ~~to~~ on his Santa Clara Co. ranch to impede steelhead trout.

Pat Hallinan hired forensic accountants from Ernst and Young, and after 2 years of forensic accounting the US Atthys and Pat Hallinan's,

4

accountants determined and agreed that Stretch was grossly in error, as Luke did NOT owe over $100 Million USD+ to USA on hundreds of millions of dollars of income, but rather only owed $147K total due to USA for years 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008 on hundred of millions of dollars of income. So, the USAttnys were in ERROR by 99.99% and WASTED over $5 Million USD trying to go after Luke, an innocent, successful, family man, because Stretch was/is jealous/envious of Luke. The ratio of taxes due on income owed was less than 1/1000 of 1% = certainly NOT a crime. Moreover, the investigation by Pat Hollinan and Ken Wine proved Luke never closed any dam to impede

6

steelhead trout. In fact, the dam, built in 1872 by Senator Miller on Luke's property had ALLWAY BEEN CLOSED, as the aerial Photos from the U.S. Forestry Service and Google Earth maps (historical) showed the dam closed for the past 75 years.. So, in summation, Luke was/is 100% innocent of the tax and fish case based upon the FACTS.

Pat Halkinen became very sick (2010) and Ken Wine told Luke to take a plea for 6-10 months to resolve. Luke reluctantly agreed upon advice of Wine (Halkinan was in hospital); but then moved to change plea, but Judge Alsup refused to let Luke change his plea. Luke went to prison (not camp) after Alsup "recommended" camp, but BOP did not comply. Luke is/was innocent of any tax and fish crimes.

Regarding the art case, Luke was

solicited at his Sea Cliff home, where he lived with his wife and 4 children (preteen and teenagers) to buy 16 de Koonings and a Degas statue for $11M. Luke had bought a Renoir from this NYC dealer 12 years earlier for $500K, so assumed this was a legitimate deal. However, Luke called Sothebys and Christies experts as the artworks were in transit and they told Luke (who is a VIP member status at Sotheby + Christies) that the artworks are forgeries — worth nothing, and that the dealers Rose Long and Walter Maunbaum are banned for life at Sothebys and Christies for defrauding publisher S.I. Newhouse (New Yorker, Glamour, Cosmopolitan, NY Times) out of $5 Million on a fake Picasso. Luke immediately contacted his civil lawyer

Bob Kane (Hastings Professor 40 yrs, Jewish
Federation Pres. 30 yrs, Judge pro tem 40 yrs)
and Branlon LeBlanc and Harris Taback, and
all three came to 224 SeaCliff and took
photos of the unopened art ~~be~~ crates and told
Luke to not touch the crates. ~~Taback~~ Kane
contacted Rose Long's attorney Shapiro ~~was~~ and
told him to pick up the unopened crates.
Shapiro claimed there were 6 crates delivered,
not five. Kane told Shapiro to pick up the
5 unopened crates and we will civilly
litigate the claimed missing crate. Luke
did not speak or communicate with Long
for the final 4 week as his civil
attorney Kane negotiated for Long to
pick up her crates (see 14-0306 WHA; )
KANE trial testimony)

$8

9.

however Long REFUSED to pick up the 5 unopened crates in Luke's family garage at 224 SeaCliff for over 3 weeks. (see: KANE trial testimony). Finally, ~~Luke~~ Kane told Luke that Long was picking up the 5 crates ~~with~~ in a few days, as they were getting insurance and logistics, and we would litigate the "missing" 6th crate (of course, there was no "6th crate"). Shockingly, the next ~~th~~ day the FBI banged in Luke's SeaCliff door and arrested him for " stealing art".

Alsup refused to let Luke's attorney Eric Babcock appraise the fake art before the trial, stating: "this art isn't fake, you're trying to delay." Luke was starved in Glen Dyer over 8 months from 263 pounds to 177 pounds to where Luke was near death (see: TRIAL TESTIMONY

10.

Kaiser Permanente nurse Janeth Ricard testimony "Luke was near death; starved, shaking"). Luke did leave Federal Building to EAT and get medical attention the week before trial AND phoned Alsup to "NOT FILL IN HIS TRIAL DATES WITH OTHER MATTERS AS LUKE WAS RETURNING THE NEXT WEEK FOR TRIAL". This was NOT an escape. It was a medical necessity. Luke returned for trial the next week after putting on 23 pounds in 8 days. Luke put his SIM chip in his phone to return for trial. Alsup then removed Babcock as attorney - claiming US Atty may need to call him as witness, forcing Luke to represent himself. Luke did not want to represent himself, but could

not endure anymore torture in jail awaiting a new attorney to get prepared for 6 months. US Attny Harris and Goldsmith stated if there was a hung jury there would be no re-trial. Luke went to trial for 3 weeks representing himself. Alsup bullied him throughout the trial holding Luke in contempt 15 times for not following the very complex rules of trial, which take experienced lawyers years to learn. Notwithstanding, the jury deliberated for a record-setting 17 days, whereas the foreman told Alsup it was a hung jury. Alsup then questioned the hold-out juror IVAN JANICK, an executive at Amnesty International, who stated "Luke is 100% Innocent". Alsup, without cause removed Janick off the

12.

Jury after 17 days of deliberation after an innocent/not guilty determination by Janick, to orchestrate a guilty verdict.

George Boisseau was then Luke's attorney for sentencing and demanded the art be appraised for sentencing guideline purposes. Also was required under statute to have the art appraised for sentencing, so he allowed Boisseau to get the top art appraiser in NYC and the US Attorney to get another top appraiser in NYC to appraise the seized art to determine sentencing guidelines. When the art

13.

appraisers completed their appraisals 3 weeks later, the two independent AAA appraisers had the same conclusions: ALL 16 deKOONINGS being SOLD to LUKE FOR $11 MILLION USD BY LONG ARE FORGERIES WORTH NOTHING $∅. LUKE WAS/IS THE VICTIM OF $11M FRAUD. (see 14-0306WHA, JULY 2015 sentencing appraisals)

The jury was denied the fact that the art was all forgeries and

Luke was/is the victim. The 14.
sentencing guidelines was the value of
the frames = $2K. Oddly and
shockingly, Alsup then sentenced me
on the phantom/"missing degas"
(which obviously was never delivered)
at a $800K value, when it never
existed, and the other 16 delivered
artworks by de Kuning are
forgeries. In summation, Alsup
hated Luke and sentenced him,
as a victim, to 6 yrs knowing he
denied Luke a fair trial and knowing
he denied the jury to hear the

truth that the 16 de Koonings 15
are forgeries, AND removing the hold-
out juror after 17 days of deliberations,
who declared "Luke is 100% innocent!",

~~Once released, he was continued to the~~
~~hospital by the~~

Once released, Luke's friend Yi Tung Wen
had her unit storage raided without a warant
and they found her ~~text~~ and her father's ~~(....)~~
legally owned guns. Alsup violated Luke
for constructive possession as Luke had one
bag of clothes in this 20'x15' packed
unit. A DNA + fingerprint test proved
Luke never touched any gun, nor knew
they were in there. Moreover, Luke's
wife wrote a declaration that

Luke has never owned a gun in the 16
37 years she has known me and hates
guns. Yitong Wen wrote a declaration that
Luke told her to buy a dog, not a gun,
for protection after she was raped (SFPD
report 2021). Oddly, Alsup sentenced
Luke to 15 months on a gun he never
touched, abhorred guns, and knew
nothing about.

US Attorneys also filed a PPP violation,
but then USAH Hageman / dismissed the PPP violation,
telling Alsup they were not ~~for~~ pursuing
Luke's PPP, Alsup admonished Hageman
to charge the PPP NOW if he
was going to charge Luke on PPP

17

because Alsup wanted the PPP matter concluded in his court prior to sentencing on the "gun". Hagerman assured Alsup the PPP matter was over/dropped as far as USAttny office was concerned (see: 1X-0306 WHA; 5-2023).

## current matter

In explicably upon release in May 2024, Luke was charged with the PPP indictment, despite USAttny Hagerman's assurance to Alsup that they were not going to do this. USAttny Ryan took the PPP case and Luke fully complied with all

18

pre-trial bail conditions for the past 2 years, as RYAN and Matt Dickes, Lukes attorney, negotiated resoultion (per this court's advisement). Around the holidays, 2 months ago, Luke's attorney advised him of meetings with USAttny Ryan and others whereas this PPP matter, which Luke is 100% innocent, can be resolved for "community service" in light of the facts, Luke's age, Luke's health, Luke's compliance. Luke has a great relationship with pre-trial Josh Libby and has had no issues for 2 years with Josh.

New "Matter"

19

A few weeks ago in early January, Luke was helping Yitong Wan repair her fence on her property in Daly City on Olympic Way when a man assaulted her with profanities and abuse as Yitong was repairing her fence. Luke never spoke to the man. Luke was arrested ~~when~~ in Yitong's car 100 yards north of Yitong's property at the Olympic Club by Daly City Police for "a citizen arrest for (me) threatening to shoot a man". I told the police this is false I never made any threat, nor did I even speak to this crazy man. In fact, Yitong (at the advice of her attorney Kane) recorded all confrontations over the fence, and Yitong recorded this incident, which clearly

shows the man assaulting Yitong on her
private property and Yitong arguing with
him. Luke never spoke to the man, nor
threatened him, nor anyone. Moreover,
the Daly City Police illegally searched Yitong's
car, after Yitong denied their request
(also recorded) and found Yitong's legally
owned, unfired, unloaded, gun ziplocked in
a sealed case - being legally transported,
which Luke knew nothing about. Luke
ALWAYS rides in rear seat, with front
seat pulled all the way up. There is no
trunk, nor glove box in Yitong's car, so
it was a legal transport.

Luke was released hours
later, and the San Mateo

21.

DA did not charge or prosecute Luke because the claims are false. Luke called pretrial hours after release and spoke to Rich Sarlatte. Sarlatte said Josh was on vacation until Tuesday. Luke asked Sarlatte for Josh's cell number. Sarlatte said to wait until Tuesday and not bother Josh on vacation. Luke left Josh a short voice email and then met with Josh the day Josh returned, in front of the Federal Building, for an hour. Josh said he needed to tell the court, but he sees no violation of bail conditions, but may ask to have a condition to keep Luke

22

away from Daly City property, so no other false claims are made, Luke agreed. Luke also told Josh that Daly City did not return his phone, so Luke has no phone, and he hopes to get it returned within 2 weeks.

Luke spoke to Matt late afternoon on Monday to find out the status of this matter, and surprisingly Matt said there was a hearing Friday, but he could not reach me, and he is working on resetting the hearing that week. Since that ~~that~~ date, I have not heard from Matt, nor Josh.

Also, Luke told Josh in Dec. 2025 that his sister Kasta was trying

23.

to avoid her deposition in a civil estate probate case of Luke's mother, whereas his sister is trying to steal Luke and Aleo Bonynara's (Judge Liz Lees husband and son Thomas) out of their $4M inheritance, whereas Krista administered Valium illegally to Luke's mother to induce her to change her trust. In an atteempt to avoid the deposition of Krista, her attorney said they were filling a restraining order unless deposition is cancelled. I told this to Josh a month prior, as it was a civil strategy to avert a deposition. Josh said he did not care, and understood...

NOW... 2 green card Indians who somehow got USAtty powers are submitting false claims of threats and guns to this Court, which are proven false by video evidence and the FACTS, and disregarded by the San Mateo DA,

24.

2nd Josh, yet these two immigrants are trying to play with my freedom after full compliance for 2y3 on bail, on a white-collar MINOR case I took, whereas the corporation has been in business 34 years and completed $3 Billion of deals and borrowed and paid back $2 Billion in loans, with NO FRAUD or loan rewrite = 100% perfect performance on TWO BILLION of LOANS by Luke; an this case DROPPED by ~~~~ Harvard educated USAtny Hagerman and Meta-counsel Ryan (community saved), yet those 2 foreigners are trying to play with the final years of my life for their own "opportunity". I simply seek justice, and be left alone, is That possible? (that's NOT a rhetorical question)

25.

I declare under penalty the foregoing is true and correct.

Verified by Luke Brugner

LUKE BRUGNARA    2/22/26