LUKE BRUGNARA
Matt Dirkes, counsel

# UNITED STATE OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

U.S.A

                Plaintiff(s),

  vs.

LUKE BRUGNARA

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:24-cr-00277-MMC

**REQUEST FOR JUDICIAL BENCH RULING AFFIRMING BAIL CONDITIONS**

Judge: Honorable Judge Chesney
Dept:

I, Luke Brugnara, request Judicial Bench Ruling Affirming Bail Conditions unchanged.

- 1 -

REQUEST FOR JUDICIAL

# REQUEST FOR JUDICIAL BENCH RULING AFFIRMING BAIL CONDITIONS

Luke Brugnara ("Luke") is pending trial in approximately 90 days on a white-collar claim from US Attnys for a couple hundred thousand dollars. Luke is innocent of the claim and is legally presumed innocent under the laws of the United States of America. In fact, US Attny Hagerman, a Harvard law graduate and esteemed US Attny, dropped/dismissed this white collar claim against Luke over 3 years ago after Hagerman reviewed it for over a year and determined it was neither a Form 12 violation, nor a prosecutable matter. Further, Judge Alsup admonished US Attny Hagerman in his court 3 years ago (May 2023) that this matter must be dealt with then as a form 12, or new prosecution, but not later. US Attorney Hagerman understood and told Judge Alsup he was dismissing this claim. Now, 3 years later, and 6 years after the alleged wrongdoing, the US Attny inexplicably tries to resurrect this false claim

a name for themselves. They released information on Luke to ABC News resulting in negative publicity for Luke which is false. Luke filed a libel lawsuit in CA Superior Court against ABC.

The two new U.S. attorney are wasting using US Taxpayer dollars to persecute Luke on a stale/ancient claim which has no merit. They do NOT understand the culture and basis of the United States of America legal system: Presumption of Innocence. They came from a country that beheads innocent people without due process. This is engrained in their psyche, as it IS THEIR CULTURE.

THOMAS JEFFERSON, our founding father, said:

"I'd rather see 100 guilty men go free than have 1 innocent man be jailed/imprisoned."

THIS IS LIBERTY. ONE DAY OF MY FREEDOM, MY LIBERTY, AS AN INNOCENT MAN CANNOT BE BOUGHT, OR SACRIFICED. MY FREEDOM, MY

against me that their esteemed colleague dismissed. US Attny Ryan and Matt Dirkes negotiated for nearly 2 years to resolve this matter, which Luke is 100% innocent. US Attny Ryan, at this Court's suggestion, cooperated with Matt Dirkes to mitigate a resolution that involved a plea in exchange for community service. Ryan took a job @ META/FACEBOOK a month ago and his replacements — have ignited a self-serving drama at the expense of Luke and this Court. Specifically, these 2 USAttnys refused to complete the resolution of this matter with Matt Dirkes, nor respect the determination by Hagerman, that Alsup noted on the Court record to dismiss this matter against Luke; and instead filed a 60 page motion to revoke Luke's bail weeks before trial is to commence — creating false narratives and blatant lies about Luke.

THIS MATTER IS A WHITE COLLAR CLAIM FOR A COUPLE HUNDRED THOUSAND DOLLARS. LUKE IS INNOCENT. US ATTNY HAGERMAN DROPPED ALL VIOLATIONS/CHARGES 3 YEARS AGO AFTER ADMONISHMENT BY ALSUP.

These 2 US Attorneys are trying to use Luke's notariety to make

LIBERTY, even for one day, is PRICELESS.

When I <u>WIN</u> the trial, how can I be repaid for any time in jail pre-trial, as an innocent man??

I am NOT on probation. This is a white collar claim that is for a couple hundred thousand dollars. I am innocent. In fact, this LOAN is NOT DUE UNTIL SEPT. 2026 - in 6 months!!! The PPP money was a LOAN, <u>NOT</u> a grant, to Brugnara Corporation. Brugnara Corp. has been in business 34 years, and has paid back over $2 billion dollars. (see: #08-0227 #14-0306 WHA; Judge Cousins). (see: Brugnara corp.com).

Notwithstanding, these 2 ~~illegitimate~~ US Attnys are trying to move for ~~~~ jailing me as an innocent man weeks before my trial – to deny me a fair trial AND to garner self-serving publicity. I have fully complied with pre-trial bail for 2 years. I am NOT on probation. I am innocent and presumed innocent. I must meet with my attorney Matt Dirkes to prepare for trial.

I need this court to restate my bail conditions so I can prepare for trial as an innocent man.

Respectfully

