CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
MAYA KARWANDE (CABN 295554)
Assistant United States Attorneys

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7200
  FAX: (415) 436-7234
  aseem.padukone@usdoj.gov
  Maya.karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00277 MMC |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO VACATE IN LIMINE DEADLINE |
| LUKE BRUGNARA, | |
| Defendant. | |

GOVT. MOT. TO VACATE MIL DEADLINE          1
3:24-cr-00277 MMC

The parties last appeared before this Court on June 25, 2025. At that hearing, the Court set a motions *in limine* filing deadline for April 28, 2026, a pretrial conference for May 19, 2026, and a trial date of June 1, 2026.[1] Much has changed since that hearing ten months ago.

Defendant Luke Brugnara has sustained yet another arrest, this time by the Daly City Police Department. He was arrested with his girlfriend after being found with a gun in their car after getting into a verbal confrontation with another couple. *See* Dkt. 105 at Exhibit C. Brugnara and his girlfriend have been charged in San Mateo County for that incident. *See* San Mateo County Superior Court Case No. 26-NF-003383, *The People of the State of California vs. Luke Brugnara and Yitong Wen*.

Brugnara, who has a history of flight, then failed to appear for a hearing at which the government had moved to revoke his bond due to his arrest, resulting in Judge Cisneros issuing a bench warrant. *See* Dkt. 106. Defense counsel subsequently filed a motion to withdraw as counsel due to a potential conflict. *See* Dkt. 107. The motion remains pending.

Brugnara has remained a fugitive for over two months now, during which time he has opposed his counsel's withdrawal motion, *see* Dkt. 109, submitted multiple handwritten *pro se* filings, *see* Dkts. 110, 113, spoken with a reporter,[2] and then filed a lawsuit against that same reporter as a fugitive on February 25, 2026. *See* San Francisco Superior Court Case No. CGC-26-634092, *Brugnara v. Noyes et al.*

Given Brugnara's current fugitive status, the government moves to vacate the current *in limine* deadlines and convert the pretrial conference scheduled for May 19, 2026 into a status conference. The government does not yet move to vacate the trial date but recognizes that doing so may be inevitable. The government and counsel for Brugnara will coordinate on a new pretrial schedule, working backwards from a prospective trial date that can be finalized once Brugnara is apprehended.

---

[1] The minutes erroneously describe the trial as a "bench" trial, but the government has not consented to proceed as such, nor does it intend to do so. *See* Dkt. 84. The government intends to try this case before a jury.

[2] Dan Noyes, *I-TEAM EXCLUSIVE: Meet the man behind controversial Thornton State Beach fence in Daly City*, abc7News.com, February 10, 2026, *available at* https://abc7news.com/post/exclusive-team-investigates-luke-brugnara-man-behind-controversial-thornton-state-beach-fence-daly-city/18581981/

GOVT. MOT. TO VACATE MIL DEADLINE          2
3:24-cr-00277 MMC

The government has consulted with counsel for Brugnara.  He takes no position on this government motion.

DATED:  April 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


_____/s/_____
ASEEM PADUKONE
MAYA KARWANDE
Assistant United States Attorneys

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the April 28, 2026 motions *in limine* filing deadline is vacated.  The Court further converts the pretrial conference set for May 19, 2026 to a status conference.

IT IS SO ORDERED.

DATED:                                    _____
                                          HONORABLE MAXINE M. CHESNEY
                                          Senior United States District Judge