CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
MAYA KARWANDE (CABN 295554)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    aseem.padukone@usdoj.gov
    Maya.karwande@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:24-cr-00277 MMC |
| Plaintiff, | ) |
| | ) UNITED STATES' MOTION TO VACATE |
| v. | ) STATUS CONFERENCE AND TRIAL DATE; |
| | ) ~~PROPOSED~~ ORDER |
| LUKE BRUGNARA, | ) |
| Defendant. | ) |

GOVT. MOT. TO VACATE TRIAL DATE          1
3:24-cr-00277 MMC

Defendant Luke Brugnara remains a fugitive, having failed to appear for a February 4, 2026 hearing on the government's motion to revoke his bond due to his alleged new criminal conduct.  On April 21, 2026, this Court granted the government's motion to vacate motions *in limine* deadlines and convert the pretrial conference date into a status conference due to Brugnara's fugitive status.  The government did not request that the trial date be vacated at that time, with hopes that the parties could still proceed with the June 1, 2026 trial date.

The government now moves to vacate the May 19, 2026 status conference and June 1, 2026 trial date.  Brugnara remains a fugitive, and there remain unresolved issues that cannot be dealt with until he is apprehended, such as his legal representation and pretrial filings.  Proceeding to trial in less than one month with these issues still outstanding would be impractical.  Should the Court grant the government's motion, the parties will ask the magistrate judge for a status hearing date before this Court during Brugnara's magistrate court appearance after apprehension.

Upon apprehension, the government intends to seek Brugnara's detention pending trial because of his failure to appear in this case, his history of flight, and his alleged new criminal conduct while on release.  Should he be detained, the parties will have an aligned interest in setting an expeditious trial date.

The government has consulted with counsel for Brugnara.  He takes no position on this government motion.

DATED: April 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
ASEEM PADUKONE
MAYA KARWANDE
Assistant United States Attorneys

GOVT. MOT. TO VACATE TRIAL DATE          2
3:24-cr-00277 MMC

**[~~PROPOSED~~] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the May 19, 2026 status conference and June 1, 2026 trial date are vacated.

IT IS SO ORDERED.

DATED: May 5, 2026

_____

HONORABLE MAXINE M. CHESNEY
Senior United States District Judge